# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 15, 2026

*By the Court:*

| Nos. 26-1795 & 26-1796 | HANGXIAO CHE, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> DAIMLER TRUCK NORTH AMERICA LLC, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court Nos: 3:21-cv-00554-CCB-SJF & 3:21-cv-00784-CCB-SJF <br> Northern District of Indiana, South Bend Division <br> District Judge Cristal C. Brisco | |

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE JOINT APPELLEES' BRIEF**, filed on June 12, 2026, by counsel for the appellees

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The briefs of the appellees are due by July 23, 2026.

2. The reply brief of the appellants, if any, is due by August 13, 2026.

 Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).