**Nos. 26-1795 & 26-1796**

---

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

---

HANGXIAO CHE, *et al.*

ZINGUANG YAO, *et al.*                    *Consolidated Plaintiffs-Appellants*

v.

DAIMLER TRUCKS NORTH AMERICA,
LLC, *et al.*                              *Consolidated Defendants-Appellees*

On Appeal from the United States District Court
For the Northern District of Indiana, South Bend Division
Case Nos. 3:21-cv-00554 & 3:21-cv-00784
The Honorable Cristal C. Brisco, District Judge

---

## APPELLEE COACHWEST LUXURY & PROFESSIONAL MOTORCARS, INC.'S AMENDED JURISDICTIONAL STATEMENT

---

Appellee, CoachWest Luxury & Professional Motorcars, Inc. ("CoachWest"), by and through counsel, and pursuant to the Court's Order in Doc. 31 and Circuit Rule 28(b), for its Amended Jurisdictional Statement, states as follows:

Pursuant to Federal Rule of Appellate Procedure 28 and Circuit Rule 28, Appellee CoachWest agrees with Appellants' statement concerning the District Court's jurisdiction, and states that it is complete and correct. [*See* Appellants' Brief, Doc. 22, p. 4]. CoachWest further states it agrees with Appellants' statement regarding this Court's jurisdiction over the District Court's Order on CoachWest's

1

Motion for Summary Judgment in both the *Che* and *Yao* matters, and that it is complete and correct. [*See id.*, pp. 5–6; *see also Che* ECF No. 219 and *Yao* ECF No. 221].

Respectfully submitted,

*/s/ Andrew Bokeno*

Edward M. O'Brien
Andrew Bokeno
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Email: edward.obrien@wilsonelser.com
aj.bokeno@wilsonelser.com
*Counsel for Appellee, CoachWest Luxury & Professional Motor Cars, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Andrew Bokeno*
*Counsel for Appellee, CoachWest Luxury &*
*Professional Motor Cars, Inc.*